# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

130463(50)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Plaintiff/Counter Defendant,

v

          SC: 130463
          COA: 255964
          Genesee CC: 02-073419-CK

RICHARD L. LATTING, JR.,
      Defendant/Counter Plaintiff/Cross
      Plaintiff/Third-Party Plaintiff-
      Appellant,

and

DAVID CLAY,
      Defendant/Cross-Defendant-
      Appellee,

and

SECURA INSURANCE COMPANIES,
      Third-Party Defendant-Appellee,

and

DAVID PENNELL and SHELLY PENNELL,
d/b/a HICKORY VIEW BOARDING STABLE,
d/b/a HBE EQUESTRIAN CENTER, INC. and
RELIANCE NATIONAL INDEMNITY,
      Third-Party Defendants.
_____/

      On order of the Court, the motion for reconsideration of this Court's September 14, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

p0122